### SCHWIMMER v. BERGMAN.

(Supreme Court, Appellate Term, First Department. May 4, 1916. On Resettlement of Order, May 17, 1916.)

Courts ☞30—Jurisdiction—Stipulation.

> Where judgments were not rendered within the time limited by the stipulation of the attorneys for the respective parties, the Municipal Court lost jurisdiction to render a judgment sustaining demurrers to the complaint.
>
> [Ed. Note.—For other cases, see Courts, Cent. Dig. §§ 119–128; Dec. Dig. ☞30.]

Appeal from Municipal Court, Borough of Manhattan, Fifth District.

Action by Alexander Schwimmer against Rudolph Bergman. From two interlocutory judgments rendered in favor of the defendant, sustaining demurrers to the plaintiff's complaint, plaintiff appeals. Reversed, with leave to the defendant to plead anew.

Argued April term, 1916, before GUY, COHALAN, and WHITAKER, JJ.

Horwitz & Rosenstein, of New York City (Frederick L. Guggenheimer, of New York City, of counsel), for appellant.

Leonard Day, of New York City (Sidney Newborg, of New York City, of counsel), for respondent.

PER CURIAM. In both of these cases judgments were not rendered within the time limited by the stipulation given by the attorneys for the respective parties, and the court below therefore lost jurisdiction to render a judgment sustaining the demurrers.

Judgment reversed, with $10 costs in each case to abide the event, with leave to the defendant to plead anew.

---

☞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

## On Resettlement of Order.

PER CURIAM.  Ordered and adjudged that the above-entitled case has reverted to the calendar for causes reserved generally of the Municipal Court, and it is further ordered and adjudged that the issues of law raised by demurrer previously interposed by the defendant herein may be brought on for trial on three days' notice.